# Court of Appeals
# of the State of Georgia

ATLANTA,  December 30, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0876. MARCUS SEYMORE v. THE STATE.**

In 2011, Marcus Seymore pled guilty to felony murder and other crimes; the trial court sentenced him to life imprisonment without parole.[1] In 2025, Seymore filed a motion to vacate a void sentence, which the trial court denied. Seymore then appealed to this Court. We, however, lack jurisdiction.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of felony murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1(e)(1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer to the Supreme Court "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III)(C)(i) (824 SE2d 265) (2019). The Supreme Court's jurisdiction over murder cases includes appeals from orders resolving post-judgment motions in such cases. See *Simpson v. State*, 292 Ga. 764 (740 SE2d 124) (2013) (appeal from denial of a motion in arrest of judgment attacking murder convictions as void).

---

[1] In 2020, the trial court amended Seymore's sentence to life imprisonment with the possibility of parole.

Accordingly, we hereby TRANSFER this appeal to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*___*12/30/2025*_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*